AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Caleb Kenneth Fuller<br><br>Defendant | Case: 1:23-mj-00122<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 6/9/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Caleb Kenneth Fuller,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in a Restricted Building or Grounds, and
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: 06/09/2023

*Issuing officer's signature*
Moxila A. Upadhyaya
2023.06.09 12:05:23 -04'00'

City and state: Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/12/2023, and the person was arrested on *(date)* 06/14/2023
at *(city and state)* Mankato, MN

Date: 06/14/2023

*Arresting officer's signature*

Max Tucker, Special Agent
*Printed name and title*